```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
SARAD CHAND
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:12-cr-425 LJO-SKO |
| vs. | STIPULATION AND ORDER TO CONTINUE |
| SARAD CHAND, | |
| Defendant. | |

Defendant SARAD CHAND by and through his attorney James R. Homola, and the united States of America, by and through its attorney, Mark McKeon, Assistant U.S. Attorney, hereby stipulate to the following joint request:

That the hearing scheduled for July 15, 2013 be continued to September 3, 2013 at 1:00 pm.  The continuance is requested because counsel is currently in trial, to permit the completion of

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

plea negotiations between the parties.

DATED: July 10, 2013

| /s/ James R. Homola | /S/ Mark J. McKeon |
|---|---|
| JAMES R. HOMOLA | MARK J. MCKEON |
| Attorney for Defendant | Assistant U.S. Attorney |
| SARAD CHAND | |

**ORDER**

The parties' request to continue the status conference is DENIED.

IT IS SO ORDERED.

Dated: **July 12, 2013**        /s/ Sheila K. Oberto
                                UNITED STATES MAGISTRATE JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111