BENJAMIN B. WAGNER
United States Attorney
Mark J. McKeon
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:12-CR-425 LJO |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING |
| ) | ORDER |
| v. ) | |
| ) | DATE:    June 23, 2014 |
| SARAD CHAND, ) | TIME:    8:30 a.m. |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

   **IT IS HEREBY STIPULATED** by and between the parties through

their respective counsel, Assistant United States Attorney Mark J.

McKeon, Counsel for Plaintiff, and James R. Homola counsel for Sarad

Chand agree that the sentencing currently set for Monday, June 23,

2014 at 8:30 p.m. **may be continued to Monday, August 11, 2014, at

8:30 p.m. before United States District Judge Lawrence O'Neill**. The

reason for the continuance is; defense counsel would like to obtain

and present to the court documentation of the defendant's character.

1    The parties further agree that time may excluded pursuant to

2   Title 18, United States Code, Sections 3161(h)(1)D) and

3   3161(7)(B)(iv).

4

5                                       BENJAMIN B. WAGNER
                                        United States Attorney
6

7   Dated: June 18, 2014               /s/Mark J. McKeon
                                        MARK J. MCKEON
8                                       Assistant U.S. Attorney

9   Dated: June 18, 2014               /s/James R. Homola
                                        JAMES R. HOMOLA
10                                      Attorney for Sarad Chand

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE STATUS CONFERENCE
                                                          AND ORDER THEREON

<u>ORDER</u>

**IT IS SO ORDERED** that the SENTENCING currently set for Monday, June 23, 2014 at 8:30 a.m. **is CONTINUED to Monday, August 11, 2014, at 8:30 am.** Time shall be excluded for the reason set forth both based on the Court's finding that the failure to grant the motion would unreasonably deny the government continuity of counsel and the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __**June 19, 2014**__            ___/s/ Lawrence J. O'Neill___
                                         UNITED STATES DISTRICT JUDGE